UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD E. ROLFE** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO.: 2:19-CV-720-JDC-KK |
| | * | |
| **ACE AMERICAN INSURANCE COMPANY,** | * | JUDGE JAMES D. CAIN, JR. |
| **CRST LINCOLN SALES, INC., AND** | * | |
| **JUSTIN BACHMAN** | * | MAG. JUDGE KATHLEEN KAY |

## **JUDGMENT**

The trial of this matter was conducted before a Jury on June 12, 2023 through June 14, 2023. The Jury returned a verdict for plaintiff, Donald E. Rolfe, and against defendants, ACE American Insurance Company, CRST Expedited, Inc., and Justin Bachman.

In accord with the Jury Verdict rendered on the 14th day of June, 2023,

**IT IS ORDERED** that judgment be and is hereby entered in favor of plaintiff, Donald E. Rolfe, and against defendants, ACE American Insurance Company, CRST Expedited, Inc., and Justin Bachman, in the total amount of One Million Two Hundred Sixty Thousand Dollars ($1,260,000.00), with pre-judgment interest on the amount of past damages from the date of judicial demand to the date of entry of judgment at the Louisiana rate of judicial interest, as well as post-judgment interest on the total amount of the judgment at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that defendants, ACE American Insurance Company, CRST Expedited, Inc., and Justin Bachman, are taxed with the costs of this proceeding as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, to be determined by a Bill of Costs.

**THUS DONE AND SIGNED** in Chambers this 23rd day of June, 2023.

                                                                           **JAMES D. CAIN, JR.**
                                                                        **UNITED STATES DISTRICT JUDGE**